■ In the Matter of the Estate of MARY M. DAMMANN, Deceased. JOHN J. LYNCH, as Executor of MARY M. DAMMANN, Deceased, et al., Appellants; OTTO P. BURKARD, Respondent.— In a proceeding for a judicial settlement of an account of proceedings and for a construction of paragraph "Nineteenth" of testator's will, the executor and seven surviving residuary legatees appeal from so much of a decree of the Surrogate's Court, Queens County, dated December 20, 1961, as adjudged said paragraph to mean that the share of the residuary estate left to a deceased residuary legatee, Charles A. K. Ensenbach, "be distributed as in intestacy to Heinrich Dammann, the distributee entitled to inherit the same". Decree, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ In the Matter of FEDERATED DEPARTMENT STORES, INC., Respondent-Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant-Respondent.— In consolidated tax certiorari proceedings to review assessments on certain real property in the Borough of Queens for the tax years 1950–51 through 1957–58, the petitioner and the Tax Commission cross-appeal from an order of the Supreme Court, Queens County, dated June 30, 1958, which reduced the assessments. The commission contends that the assessments should be reinstated; the petitioner contends that the reductions are insufficient. Order affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.